# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 10, 2020

Lyle W. Cayce
Clerk

No. 19-40085
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Joseph Fain,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:18-CR-10-6

Before Jones, Clement, and Haynes, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Joseph Fain has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Fain has not filed a response. We have reviewed counsel's brief and the relevant

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 19-40085

portions of the record reflected therein.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016).  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.